THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:10cv033

DELOUS LYDA BURCH, )
 )
      Plaintiff, )
 )
vs. )
 )
MICHAEL J. ASTRUE, )
**Commissioner of Social Security,** )
 )
      Defendant. )
_____ )

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 13, 2011

Martin Reidinger
United States District Judge